UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
G TREASURY SS, LLC,                                      :
:
                         Plaintiff,                 :         20-CV-0050 (JMF)
:
       -v-                                             :         ORDER FOLLOWING
:         STATUS CONFERNCE
PETER SEWARD,                                            :
:
                         Defendant,             :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As stated on the record at the status conference held yesterday, **no later than February 4, 2020**, the parties shall submit a joint letter regarding the status of the case and, if there is need for further litigation, what form such litigation should take.

      SO ORDERED.

Dated: January 22, 2020
       New York, New York
                                                         JESSE M. FURMAN
                                                   United States District Judge